7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Kesha DuShon Whitley
*Debtor*

*Bankruptcy Case No.*
15–42093–drd7

**State of Kansas Department of Labor**
  Plaintiff(s)

*Adversary Case No.*
15–04135–drd

v.

**Kesha DuShon Whitley**
  Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Pursuant to the Order Granting Motion for Summary Judgment, the indebtedness owed to the State of Kansas Department of Labor by Kesha DuShon Whitley is nondischargeable under Section 523(a)(2).

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk



Date of issuance: 2/16/16

Court to serve